Christopher J. Drotzmann, OSB No. 962636
E-mail: cdrotzmann@davisrothwell.com
Cari E. Waters, OSB No. 042240
E-mail: cwaters@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 S.W. Market Street, Suite 1800
Portland, Oregon 97201
Tel: (503) 222-4422
Fax: (503) 222-4428

Of Attorneys for Southern Oregon Elmer's, LLC
abn Taprock Northwest Grill

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JASMANDEEP MANDER,

    Plaintiff,

v.

SOUTHERN OREGON ELMER'S LLC, abn
TAPROCK NORTHWEST GRILL,

    Defendant.

Case No. 1:17-cv-01298-CL

**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

Based upon the stipulation of the parties endorsed below, and it appearing to the court that this matter has been fully compromised and settled, it is hereby

////

////

////

////

////

////

////

Page 1   CERTIFICATE OF SERVICE

L:\25\MANDER\PLD\DISMISSAL - STIPULATED GENERAL JDGMT.docx

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422   F (503) 222-4428

Case 1:17-cv-01298-CL    Document 16    Filed 04/23/18    Page 2 of 2

ORDERED that this case shall be dismissed with prejudice and without costs to the parties.

DATED this 23 day of April, 2018.

_____
Mark D. Clarke, U.S. District Court Judge
MC515452

IT IS SO STIPULATED:

HIGBEE & ASSOCIATES

Apr. 12, 2019
Dated

_____
Mathew K. Higbee, Esq., OSB No. 106514
mhigbee@higbeeassociates.com
    Of Attorneys for Plaintiff

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.

April 13 2018
Dated

_____
Christopher J. Drotzmann, OSB No. 962636
cdrotzmann@davisrothwell.com
Cari E. Waters, OSB No. 042240
cwaters@davisrothwell.com
    Of Attorneys for Southern Oregon Elmer's,
    LLC, abn Taprock Northwest Grill

Page 2 **CERTIFICATE OF SERVICE**

L:\25\MANDER\PLD\DISMISSAL - STIPULATED GENERAL JDGMT.docx

**DAVIS ROTHWELL**
**EARLE & XÓCHIHUA P.C.**
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422  F (503) 222-4428